## CHARLES E. KEEFER v. THE COMMON COUNCIL OF THE CITY OF HILLSDALE.

*Local option law.*

This case is ruled by the opinion *In re Hauck, ante,* 396.

*Mandamus.* Argued May 1, and re-argued May 15, 1888. Granted May 18, 1888.

Relator applies for *mandamus* to compel respondent to approve of his bond as a retail liquor dealer. The facts are stated *In re Hauck, ante,* 396, as also the points of counsel.

*F. A. Baker,* for relator.

*Moses Taggart,* Attorney General, *C. A. Shepard,* Prosecuting Attorney, and *Guy M. Chester,* City Attorney, for respondent.

CHAMPLIN, J. This case is ruled by the opinion filed *In re Hauck, ante,* 396.

The *mandamus* will issue to compel the common council to proceed under Act No. 313, Laws of 1887, in such case made and provided.

The other Justices concurred.